Manuel A. FRANK, Appellant in 8121, and Max A. Frank, Appellant in 8122, v. UNITED STATES of America.

Nos. 8121, 8122.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 9, 1942.

Decided Dec. 12, 1942.

Bernard Eskin, of Philadelphia, Pa. (Wolf, Block, Schorr & Solis-Cohen, of Philadelphia, Pa., on the brief), for plaintiffs-appellants.

Leon F. Cooper, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed for the reasons fully and satisfactorily set forth in the opinion of Judge Kalodner, 44 F.Supp. 729.

PARCO, Inc., et al., Plaintiffs, Appellants, v. PERO & DANIELS, Inc., Defendant, Appellee.

No. 3815.

Circuit Court of Appeals, First Circuit.

Dec. 18, 1942.

Robert Cushman, of Boston, Mass. (Richard F. Walker and Roberts, Cushman & Woodberry, all of Boston, Mass., of counsel), for appellants.

Cedric W. Porter, of Boston, Mass. (George P. Dike, Dike, Calver & Porter, and James R. Hodder, all of Boston, Mass., of counsel), for appellee.

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

A careful examination of the record in this case convinces us that the patent in suit is invalid for want of invention for the reasons stated in the opinion of the District Court. 45 F.Supp. 685.

The judgment of the District Court is affirmed with costs to the appellee.